```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08006
   FRANCISCA MAE RHODES
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

              Debtor
      SSN XXX-XX-1233


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 04/02/08 .

      2.  The case was dismissed without confirmation, 07/17/2008.

---------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00              .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE  NOT FILED              .00             .00
COUNTRYWIDE HOME LOANS    SECURED              .00              .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE  NOT FILED              .00             .00
AFNI                      UNSECURED      NOT FILED              .00             .00
ARMOR SYSTEMS             UNSECURED      NOT FILED              .00             .00
CAPITAL ONE BANK          UNSECURED      NOT FILED              .00             .00
CITIBANK                  UNSECURED      NOT FILED              .00             .00
CITY OF AURORA            UNSECURED      NOT FILED              .00             .00
CITY OF AURORA            UNSECURED      NOT FILED              .00             .00
ILLINOIS DEPT OF HUMAN S  UNSECURED      NOT FILED              .00             .00
TRIAD FINANCIAL CORP      UNSECURED      NOT FILED              .00             .00
MCS                       UNSECURED      NOT FILED              .00             .00
MIDSTATE COLLECTION       UNSECURED      NOT FILED              .00             .00
MILLENIUM CREDIT CONSULT  UNSECURED      NOT FILED              .00             .00
PARAGON WAY               UNSECURED      NOT FILED              .00             .00
PROFESSIONAL ACCOUNT MGM  UNSECURED      NOT FILED              .00             .00
RJM ACQUISITIONS LLC      UNSECURED      NOT FILED              .00             .00
RECEIVABLES MANAGEMENT I  UNSECURED      NOT FILED              .00             .00
RUSH COPLEY               UNSECURED      NOT FILED              .00             .00
---------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID

SANTA BARBARA BANK & TRU  UNSECURED      NOT FILED              .00             .00
SANTA BARBARA BANK &TRU   UNSECURED      NOT FILED              .00             .00
SECURITY FINANCE CO       UNSECURED      NOT FILED              .00             .00
              Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED       PRIORITY     UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00           .00          .00           .00
PRINCIPAL PAID         .00           .00           .00          .00           .00
INTEREST PAID          .00           .00           .00          .00           .00
TOTAL PAID             .00           .00           .00          .00           .00
```

The Debtor's attorney, DEVONA & ASSOC          , was allowed $        .00 and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE